# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:07cv296

| | |
|---|---|
| SCHOLZ DESIGN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JOHN STINGEL and CAROLINE ) | |
| STINGEL, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

**THIS MATTER** is before the Court on the Motion to Withdraw [Doc.12] of the law firm of Van Winkle, Buck, Wall, Starnes and Davis, P.A. (The Van Winkle Law Firm). For grounds, the movant states that when Attorney W. Perry Fisher II, first appeared as counsel of record for Defendants, he was a member of the Van Winkle Law Firm. He has since left the Van Winkle Law Firm and has opened his own practice. Mr. Fisher, through his new firm, remains as counsel for Defendants.

It appears to the Court that the above facts constitute good cause to allow the Motion to Withdraw [Doc. 12]. The allowance of this Motion will not affect the pre-trial or trial schedule of this matter. The Court understands that counsel for Plaintiff has been advised and does not object to the relief sought.

Accordingly, for good cause shown, **IT IS, THEREFORE, ORDERED** that the Motion to Withdraw [Doc. 12] of Van Winkle Buck Wall Starnes & Davis, P.A. is **GRANTED**, and the firm of Van Winkle Buck Wall Starnes & Davis, P.A. is hereby allowed to withdraw as counsel for the Defendants.

**IT IS SO ORDERED.**

Signed: March 25, 2008

Martin Reidinger
United States District Judge