# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL NO. 1:07cv296-R

| | |
|---|---|
| **SCHOLZ DESIGN, INC.,** )  )  **Plaintiff,** )  ) Vs. )  ) **JOHN STINGEL; and** )  **CAROLINE STINGEL,** )  ) **Defendants.** )  _____ ) | **ORDER** |

**THIS MATTER** is before the court on the law firm of Van Winkle, Buck, Wall, Starnes and Davis, P.A.'s Motion to Withdraw. Having considered the law firm of Van Winkle, Buck, Wall, Starnes and Davis, P.A.'s motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the law firm of Van Winkle, Buck, Wall, Starnes and Davis, P.A.'s Motion to Withdraw (#12) is **GRANTED,** and such firm is relieved from further representation of defendants.

Signed: April 1, 2008

_____

Dennis L. Howell
United States Magistrate Judge