# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:07cv296

| | |
|---|---|
| **SCHOLZ DESIGN, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **JOHN STINGEL and CAROLINE** ) | |
| **STINGEL,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the motion [Doc. 16] of Jamie Lisa Forbes, counsel for the Plaintiff, for the admission of Cynthia M. Morrison *pro hac vice* in this action.

Upon careful review and consideration, **IT IS, THEREFORE, ORDERED** that the motion [Doc. 16] is **ALLOWED**, and Cynthia M. Morrison is hereby granted admission *pro hac vice* to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED**.

Signed: May 7, 2008

Martin Reidinger
United States District Judge