# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv296

| | |
|---|---|
| SCHOLZ DESIGN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JOHN STINGEL; and ) | |
| CAROLINE STINGEL, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Leave to Amend its Complaint and Join Additional Parties (#18) and Motion for Extension of Time (#20). Plaintiff reflects consultation with opposing counsel, who agrees with the relief sought. Having considered plaintiff's motions and reviewed the pleadings, and finding that the proposed amendments are appropriate under Rule 15(a), Federal Rules of Civil Procedure, and that joinder of the additional defendants is necessary to a just adjudication of this matter and is otherwise appropriate under Rule 20, Federal Rules of Civil Procedure, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Leave to Amend its Complaint and Join Additional Parties (#18) and Motion for Extension of Time (#20) are **GRANTED,** and plaintiff shall file its Amended Complaint within 10 days. A new Pretrial Order will be entered after the parties file their supplemental CIAC after joinder of issues upon the Amended Complaint; until such time, all remaining deadlines in this matter are suspended.

Signed: June 16, 2008

Dennis L. Howell
United States Magistrate Judge