# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:07 CV 296

| | |
|---|---|
| SCHOLZ DESIGN, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| JOHN STINGEL and ) | |
| CAROLINE STINGEL, ) | |
| ) | |
| Defendants ) | |

**THIS MATTER** is before the court on Jamie Lisa Forbes' Application for Admission to Practice *Pro Hac Vice* of James L. Rogers. It appearing that James L. Rogers is a member in good standing with the Ohio Bar and will be appearing with Jamie Lisa Forbes, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Jamie Lisa Forbes' Application for Admission to Practice *Pro Hac Vice* (#26) of James L. Rogers is **GRANTED**, and that James L. Rogers is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Jamie Lisa Forbes.

Signed: June 23, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge